UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DOE,<br><br>      Plaintiff(s),<br><br>    v.<br><br>NEEL H. KACHALIA, ET AL,<br><br>      Defendant(s). | 23-CV-10395 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  The Court is in receipt of Plaintiff's letter describing the difficulty in locating Defendant Kachalia's current address for service. *See* ECF No. 12. Defendant Columbia University shall file a letter providing the contact information for Defendant Kachalia, including the current address for where Kachalia may be served. *See Valentin v. Dinkins*, 121 F.3d 72 (2d Cir. 1997). The letter may be filed with redactions of sensitive information in accordance with Paragraph 6(b) of the Court's Individual Practices. Defendant Columbia University shall provide this information to Plaintiff and the Court by **February 6, 2024**.

  The Clerk of Court is respectfully requested to mail this Order to pro se Plaintiff.

  SO ORDERED.

Dated: January 9, 2024
    New York, New York

                     DALE E. HO
                  United States District Judge